UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. JAMES, | Case No. CV 17-01427 GW (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Habeas Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.


DATED:  February 28, 2017

_George H. Wu_

GEORGE H. WU
UNITED STATES DISTRICT JUDGE